IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AL ZWARYCZ, )
)
      Plaintiff, )
)
v. ) Civil Action No. 3:20cv752–HEH
)
W.M. JORDAN COMPANY, INC., )
)
      Defendant. )

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal (ECF No. 15) filed the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                        /s/
                                      Henry E. Hudson
                                      Senior United States District Judge

Date: January 8, 2021
Richmond, VA